IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DEJESUS RODRIGUEZ,

    Plaintiff,                        No. CIV S-05-2572 MCE JFM PS

    vs.

JEFF ANDERSON, ANDERSON BUILDERS, et al.,

    Defendants.                   ORDER

_____/

        Plaintiff is proceeding in this action pro se. Plaintiff seeks relief pursuant to and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        Plaintiff raises, *inter alia*, claims of wrongful termination, breach of contract, and hostile work environment against defendants. He pleads damages in excess of $75,000.00 and claims this matter is subject to diversity jurisdiction, 28 U.S.C. § 1332, as defendants are incorporated in Oregon.

1

1    The complaint states a cognizable claim for relief pursuant to 28 U.S.C.
2 § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity
3 to prevail on the merits of this action.
4    In accordance with the above, IT IS HEREBY ORDERED that:
5    1.  Plaintiff's request to proceed in forma pauperis is granted;
6    2.  The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,
7 an instruction sheet and a copy of the complaint filed December 19, 2005;
8    3.  Within thirty days from the date of this order, plaintiff shall complete the
9 attached Notice of Submission of Documents and submit the completed Notice to the court with
10 the following documents:
11        a.  One completed summons;
12        b.  One completed USM-285 form for each defendant named in the
13            complaint; and
14        c.  Three copies of the endorsed complaint filed December 19, 2005.
15    4.  Plaintiff need not attempt service on defendants and need not request waiver of
16 service.  Upon receipt of the above-described documents, the court will direct the United States
17 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
18 without prepayment of costs.
19    5.  Failure to comply with this order may result in a recommendation that this
20 action be dismissed.
21 DATED:  January 17, 2006.

UNITED STATES MAGISTRATE JUDGE

001; rodrig.ifp

```
 1
 2
 3
 4
 5
 6
 7
 8                       IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JOSE DEJESUS RODRIGUEZ,
11            Plaintiff,                No. CIV S-05-2572 MCE JFM PS
12      vs.
13
     JEFF ANDERSON, ANDERSON
14   BUILDERS, et al.,                  NOTICE OF SUBMISSION
15            Defendants.                   OF DOCUMENTS
16   _____/
17         Plaintiff hereby submits the following documents in compliance with the court's
18   order filed _____:
19            _____    completed summons form
20            _____    completed USM-285 forms
21            _____    copies of the complaint
22
     DATED:
23
24
25                                              _____
                                                Plaintiff
26
```