IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DEJESUS RODRIGUEZ,

    Plaintiff,             No. CIV S-05-2572 MCE JFM PS

  vs.

JEFF ANDERSON, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  On July 17, 2006, Edward S. Rodgers, President of Anderson Builders, Inc., wrote the court a letter noting "Mr. Anderson and Anderson Builders, Inc. wish to respond to the accusations brought forth by Mr. Rodriguez but are unable to do so without all of the information which should be available to us."  (Id.)  It appears defendants were not provided a copy of the court's March 14, 2006 and May 31, 2006 orders.  Good cause appearing, the Clerk of the Court will be directed to send copies of these orders to Mr. Rodgers at 801 Riverside Drive, Klamath Falls, Oregon  97601.  However, defendants are cautioned that they have not entered a formal appearance in this matter; they will not be added to the court's docket until such time as an answer or other responsive pleading is filed on their behalf.  Moreover, corporations may not be represented in court by their officers or directors.  Corporations must appear in court through a

1

licensed attorney.  See Rowland v. California Men's Colony 506 U.S. 194, 202, 113 S.Ct. 716, 721(1993); C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987).  See also Church of the New Testament v. United States, 783 F.2d 771, 772 (9th Cir. 1987).

     A review of court records reflects that Edward S. Rodgers, President of Anderson Builders, Inc., accepted service of process in this matter on behalf of defendants on March 14, 2006, by signing a waiver of service of summons on March 14, 2006.[1]  That waiver specifically informed defendants that judgment may be entered against them "if an answer or motion under Rule 12 is not filed within the U.S. District Court and served upon plaintiff within 60 days after March 14, 2006."  Id.  More than sixty days have elapsed and defendants have not filed a responsive pleading.

     However, in light of the July 17, 2006 letter as well as defendants' nonreceipt of a copy of the court's order setting this matter for status conference on July 27, 2006, the court will grant defendants a brief extension of time in which to respond and will continue the status conference.  Defendants are cautioned, however, that failure to file a responsive pleading within the time provided may result in the entry of default judgment.

     On July 6, 2006, plaintiff filed a document that purported to include plaintiff's first status report.  However, this document did not address the items specifically set forth in the court's March 14, 2006 order at page 3, lines 7 - 23.  See also Local Rule 16-240.  The Clerk of the Court will be directed to send plaintiff a copy of the Local Rules.  Plaintiff shall file a revised status report that addresses these issues no later than seven days prior to the rescheduled status conference date.

     On July 5, 2006, plaintiff filed a request for order authorizing perpetuation of testimony and a request for issuance of a subpoena duces tecum and ad testificandum.  Because defendants have not yet formally appeared in this action, discovery is premature.  Plaintiff's

---

[1] Moreover, Mr. Rodgers states in his letter filed July 17, 2006 that he received a copy of the complaint on March 17, 2006.

requests will, therefore, be denied without prejudice.  Once defendants have appeared in this action, plaintiff may seek discovery from defendants.  Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure.  Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to mail a copy of this court's March 14, 2006 and May 31, 2006 orders to Mr. Edward S. Rodgers at 801 Riverside Drive, Klamath Falls, Oregon  97601.

2. The July 27, 2006 status conference is continued to September 28, 2006, at 11:00 a.m. in courtroom #25 before the undersigned.  The parties are reminded of their obligation to file status reports no later than seven days prior to the status conference.

3. The Clerk of the Court shall serve upon plaintiff a copy of the Local Rules of Court.

4. Defendants are granted thirty days from the date of this order in which to file a responsive pleading.

5. Plaintiff's discovery requests, filed July 5, 2006, are denied without prejudice. (Docket Nos. 13 and 14.)

DATED:  July 25, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; rodriguez.con