IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DEJESUS RODRIGUEZ,

    Plaintiff,                    No. CIV S-05-2572 MCE JFM PS

    vs.

JEFF ANDERSON, et al.,

    Defendants.           ORDER

                                /

Plaintiff is proceeding pro se with a civil rights action. By order signed by the assigned magistrate judge on July 25, 2006, plaintiff's July 6, 2006 request for reconsideration was referred to the undersigned.[1] Plaintiff seeks reconsideration of the magistrate judge's May 31, 2006 order denying appointment of counsel. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of July 6, 2006 is therefore untimely.

---

[1] On July 6, 2006, plaintiff filed a document entitled "Plaintiff's First Status Report Combined With Objections to Magistrate Judge's Findings and Recommendations; and Petition for Recusal." In addition to other requests that have been addressed by the magistrate judge, plaintiff appears to seek reconsideration of the magistrate judge's May 31, 2006 order.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's July 6, 2006 request for reconsideration is denied.

DATED: August 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

001;rodriguez.851