IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DEJESUS RODRIGUEZ,

        Plaintiff,                    No. CIV S-05-2572 MCE JFM PS

   vs.

JEFF ANDERSON, et al.,

        Defendants.            <u>ORDER</u>

                                /

        A status conference was held in this matter on September 28, 2006, at 11:00 a.m. in courtroom #25. Plaintiff Jose D. Rodriguez appeared in propria persona. Michael A. Cable appeared for defendants. Upon consideration of the status reports on file in this action, discussion of plaintiff and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made no later than December 1, 2006. The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1).

        2. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by January 18, 2007.

        3. Dispositive motions shall be noticed to be heard by March 15, 2007.

1

1       4. The pretrial conference is set for July 9, 2007, at 3:30 p.m. in courtroom #3
2  before the Honorable Morrison C. England.  Pretrial statements shall be filed pursuant to Local
3  Rule 16-281.
4       5. Court trial of this matter is set for October 10, 2007 at 9:00 a.m. in courtroom
5  #3 before the Honorable Morrison C. England.  The parties shall file trial briefs pursuant to Local
6  Rule 16-285.
7  DATED: September 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; rodr2572.oasc