ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Robert Fried State Bar No. 85579
Michael A. Cable State Bar No. 198275
David A. Soldani State Bar No. 210302
2485 Natomas Park Drive, Suite 240
Sacramento, CA  95833
Telephone: (916) 923-1200
Facsimile: (916) 923-1222

Attorneys for Defendants
JEFF ANDERSON and ANDERSON
BUILDERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DEJESUS RODRIGUEZ,<br><br>  Plaintiff,<br><br>v.<br><br>JEFF ANDERSON, ANDERSON BUILDERS INCORPORATED, and Does 3 Through _____,<br><br>  Defendants. | CASE NO.: 2:05-CV-2572-MCE-JFM-PS<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND ORDER THEREON**<br><br>[Fed. R. Civ. Pro., Rule 41] |

The Parties to the above-entitled action do hereby stipulate and agree to the Dismissal of the above-entitled action in its entirety, *with* prejudice.

Dated:  December 29, 2006           /s/
                                    Jose DeJesus Rodriguez

Dated:  December 29, 2006           /s/
                                    Jeff Anderson

010320.00008/66611v1

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2485 Natomas Park Drive, Suite 240
Sacramento, CA 95833
Telephone: (916) 923-1200
Facsimile: (916) 923-1222

| | |
|---|---|
| Dated:  December 29, 2006 | ANDERSON BUILDERS, INC. |
| | By: _____/s/_____ |
| | Its: _____ |
| Dated:  December 29, 2006 | ATKINSON, ANDELSON, LOYA, RUUD & ROMO |
| | _____/s/_____ |
| | Michael A. Cable, Esq. |
| | Attorneys for Defendants JEFF ANDERSON and ANDERSON BUILDERS, INC. |

IT IS SO ORDERED:

DATED: January 12, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

010320.00008/66611v1

-2-

**PROOF OF SERVICE**

I am employed in the County of Sacramento, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 2485 Natomas Park Drive, Suite 240, Sacramento, CA 95833.

On January 12, 2007, I served the following document(s) described as **STIPULATION FOR DISMISSAL OF ACTION AND ORDER THEREON** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Jose DeJesus Rodriguez                    Plaintiff
1017 S. Stanislaus
Stockton, CA 95206

[X] **BY MAIL:** I deposited such envelope in the mail at Sacramento, California. The envelope(s) was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ] **BY OVERNIGHT COURIER:** I sent such document(s) on January 12, 2007, by with postage thereon fully prepaid at Sacramento, California.

[ ] **BY FAX**: I sent such document by use of facsimile machine telephone number (916) 923-1222. Facsimile cover sheet and confirmation is attached hereto indicating the recipients' facsimile number and time of transmission pursuant to California Rules of Court Rule 2008(e). The facsimile machine I used complied with California Rules of Court Rule 2003(3) and no error was reported by the machine.

[ ] **BY PERSONAL SERVICE:** I placed the above document in a sealed envelope. I caused said envelope to be handed to our messenger service to be delivered by hand to the above address(es).

[ ] **BY EMAIL:** I sent such document by use of email to the email address(es) above. (CCP § 1013(a)) Such document was scanned and emailed to such recipient and email confirmation is attached hereto indicating the recipients' email address and time of receipt pursuant to CCP § 1013(a)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2007, at Sacramento, California.

                                                        DEBORAH R. SCOTT

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2485 Natomas Park Drive, Suite 240
Sacramento, CA 95833
Telephone: (916) 923-1200
Facsimile: (916) 923-1222